DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STOPDIRTYGOVERNMENT, LLC,**
Appellant,

v.

**TOWN OF GULF STREAM,**
Appellee.

No. 4D21-857

[June 1, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 502014CA003721.

Jonathan R. O'Boyle of The O'Boyle Law Firm, P.C., Deerfield Beach, for appellant.

Jeffrey L. Hochman and Hudson C. Gill of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., Fort Lauderdale, for appellee.

GROSS, J.

For the reasons stated in *O'Boyle v. Town of Gulf Stream*, No. 4D21-972 (Fla. 4th DCA June 1, 2022), we affirm the trial court's denial of a fee multiplier and refusal to award attorney's fees for litigating the amount of fees.

*Affirmed.*

GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***